FILED
SEP 18 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:19 CR 561 |
| v. | ) | Title 18, United States Code, |
| | ) | Sections 1344(2), 641, and |
| LAURA J. ENTRIKIN, | ) | 1028A |
| Defendant. | ) | JUDGE GWIN |

INTRODUCTION

The Grand Jury charges:

1. At all times material to this Indictment, Key Bank was a financial institution as defined by Title 18, United States Code, Section 20(1), the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. At all times material to this indictment, B.E. was the sole signator on a checking account held at KeyBank with the account number ending in 3643.

3. B.E. died on December 26, 1990. At the time of her death and thereafter, the United States Social Security Administration deposited B.E.'s monthly Title II Retirement Insurance Benefits into her account held at KeyBank.

COUNT 1
(Bank Fraud, 18 U.S.C. § 1344(2))

The Grand Jury further charges:

4. The allegations contained in paragraphs 1 through 3, inclusive, are incorporated by reference as if specifically re-written herein.

5. On or between October 10, 2009 and January 19, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant LAURA J. ENTRIKIN ("Defendant")

knowingly executed and attempted to execute a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, that is, KeyBank; by means of false or fraudulent pretenses, representations, or promises.

6. As provided below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant executed and attempted to execute the scheme and artifice as set forth above, in that:

   a. Defendant drafted 147 checks, drawn on B.E.'s KeyBank account, making them payable to herself;

   b. Defendant forged the signature of B.E. on each of the checks;

   c. Defendant negotiated these fraudulently created checks and stole the moneys obtained from negotiating the same; and

   d. Defendant negotiated the fraudulent checks as part of her scheme or artifice.

All in violation of Title 18, United States Code, Section 1344(2).

COUNT 2
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury further charges:

7. From in or around January 1991 and continuing until in or around January 2018, in the Northern District of Ohio, Eastern Division, Defendant LAURA J. ENTRIKIN, in a continuing course of conduct, willfully and knowingly did steal, purloin, and convert to her own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of approximately $322,322.00, in violation of Title 18, United States Code, Section 641.

COUNT 3
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

8. Between in or about September 2015 and continuing until in or about January 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant LAURA J. ENTRIKIN, during and in relation to felony violations of Title 18, United States Code, Sections 1344(2) and 641, knowingly transferred, possessed and used, without lawful authority, the means of identification of a real person known to the Grand Jury, to wit: B.E., knowing that said means of identification belonged to B.E., in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.